UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-347 DMG (VBKx) | Date | September 28, 2021 |
| Title | Robert Brewer, et al. v. Wells Fargo Bank N.A., et al. | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE RE RELEASE OF FUNDS TO PLAINTIFFS' COUNSEL**

On January 17, 2013, Plaintiffs, Robert and Deborah Brewer, filed a Verified Complaint against Defendants, Wells Fargo Bank NA and Does 1-10, alleging the following causes of action: (1) violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692e; (2) violation of the FDCPA, 15 U.S.C. § 1692f; (3) violation of Cal. Civ. Code § 2923.7; (4) violation of Cal. Civ. Code § 2923.7; and (5) violation of the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.* [Doc. # 1.] The Court initially granting a Temporary Restraining Order ("TRO") on February 8, 2013. [Doc. # 12.] As a part of granting the TRO, the Court ordered Plaintiffs to post a bond in the amount of $4,476. [Doc. # 12 at 4.]

The Court denied Plaintiffs' request for a preliminary injunction on March 15, 2013. [Doc. # 41.] The Court subsequently denied Plaintiffs' second application for a TRO and dismissed the action without prejudice upon finding that complete diversity did not exist among the parties and the Court thus lacked jurisdiction. [Doc. # 53.] It appears that, to date, Plaintiffs have not requested that the $4,476 bond, plus accrued interest, be released.

Accordingly, the parties are **ORDERED TO SHOW CAUSE** by no later than **October 12, 2021** why the bond and accrued interest should not be disbursed to Plaintiffs' counsel to oversee and implement the payment of those funds to the appropriate party or parties, with Plaintiffs' counsel filing a declaration and proof of payment with the Court within 10 days of disbursing payment.

Based on publicly available State Bar records, Plaintiffs' counsel's present contact information appears to be:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-347 DMG (VBKx) | Date | September 28, 2021 |
| Title | *Robert Brewer, et al. v. Wells Fargo Bank N.A., et al.* | Page | 2 of 2 |

Lenore L. Albert
31872 Joshua Dr., Apt. 22C
Trabuco Canyon, CA 92679-3111[1]

Email: lenalbert@interactivecounsel.com

    Failure to timely or sufficiently respond shall result in the Court ordering the aforementioned action.

IT IS SO ORDERED.

---

[1] *See* California State Bar Website, http://members.calbar.ca.gov/fal/Licensee/Detail/210876 (last visited Sep. 28, 2021).